ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erlan Moldogaziev,<br><br>    Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>    Respondents. | No.  CV-25-03265-PHX-MTL (JFM)<br><br>**ORDER** |

    Petitioner Erlan Moldogaziev, who is currently in Immigration and Customs Enforcement (ICE) custody, has filed through counsel a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody, an Amended Petition Under 28 U.S.C. § 2241 (Doc. 4),[1] and paid the filing fee.  The Court will require an answer to the Petition.

    In his Amended Petition, Petitioner names as Respondents: John Cantu, Field Office Director of the Phoenix Office of ICE Detention and Removal; Todd M. Lyons, ICE Acting Director; Kristi Noem, Secretary of Homeland Security (DHS); and Pamela Bondi, United States Attorney General.

    Petitioner is a national of Kyrgyzstan and allegedly fled that country out of fear for his life in 2022.  Petitioner entered the United States in or about September 2022 and was paroled into this country.  In June 2023, Petitioner applied for asylum, and a merits hearing

---

[1] The Amended Petition supersedes the original Petition. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

TERMPSREF

was scheduled for 2027. However, in August 2025, Petitioner was taken into custody, and classified by an Immigration Judge as an "applicant for admission" who she did not have jurisdiction to release on bond. As such, Petitioner remains detained in alleged violation of 8 U.S.C. § 1226(a), 8 C.F.R. §§ 236.1, 1236.1, and 1003.19, the Administrative Procedures Act, and the Fifth Amendment.

The Court will require Respondents to answer the Amended Petition.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Amended Petition upon Respondents.

(2) If not already issued, the Clerk of Court must immediately issue any properly completed summons.

(3) The Clerk of Court must immediately transmit by email a copy of the Amended Petition (Doc. 4) and this Order to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@doj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(4) Respondents must answer the Amended Petition within twenty (20) days of the date of service.

(5) Petitioner may file a reply within ten (10) days from the date of service of the answer.

(6) Regarding courtesy copies of documents for chambers, Respondents are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

. . . .

. . . .

. . . .

(7) This matter is referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 12th day of September, 2025.

Michael T. Liburdi
United States District Judge

TERMPSREF